IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| REGINALD JOHNSON, | : | Civil Action No. 4:12-CV-2588 |
| --- | --- | --- |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, LYCOMING CO. DISTRICT ATTORNEY'S OFFICE, KENNETH A. OSOKOW, | : | |
| | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**ORDER**

May 23, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the thorough January 28, 2013 report and recommendation of Magistrate Judge Susan E. Schwab. No objections have been filed.

Plaintiff did file two Motions for Reconsideration. February 19, 2013, ECF No. 12 and March 11, 2013, ECF No. 13. The motions are, like Johnson's complaint, not entirely clear. Neither motion alters outcome of Magistrate Judge

1

Schwab's analysis.

Because this Court agrees with Magistrate Judge Schwab's thorough analysis the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation is ADOPTED in full. January 28, 2013, ECF No. 11.

2. Plaintiff's Motions for Reconsideration are DENIED. February 19, 2013, ECF No. 12 and March 11, 2013, ECF No. 13.

3. The action is dismissed with prejudice.

4. The clerk is directed to close the case file.

                                              s/ Matthew W. Brann
                                              Matthew W. Brann
                                              United States District Judge